resultant escape of gas; also his companion action as decedent's husband for expenses and loss of services. Judgment in favor of plaintiff reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days after the entry of the order hereon plaintiff stipulates to reduce the verdict in his favor as administrator to $1,500, and to reduce the verdict in his favor individually to $500, in which event the judgment, as so reduced, is unanimously affirmed, without costs. On the proof in this record the verdicts were grossly excessive. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, as Trustee under a Trust Agreement between JAMES A. BENEDICT, KITTIE D. BENEDICT, and MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, Respondent, v. JAMES A. BENEDICT, Appellant.— In an action upon a trust agreement, order denying defendant's motion to dismiss the second amended complaint on the ground of insufficiency, affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [185 Misc. 393.] [See *post*, p. 819.]

SAMUEL ORAM et al., Respondents, v. DAVID J. KIRCHIK et al., Appellants.— In an action for specific performance of an agreement to sell stock, order denying motion of defendants to dismiss the complaint affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. There is an issue presented as to the construction to be accorded the term " assets " as used in the written contract. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BLACK, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), and order overruling demurrer, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.

MARIAN SEIFFERT et al., Respondents, v. RUTH WAY, Defendant, and CITY OF BEACON, Appellant.— Action by plaintiff wife to recover damages for personal injuries and property damage, and companion action by plaintiff husband to recover damages for personal injuries, for expenses, and for loss of services. Order denying appellant's motion to dismiss the amended complaint, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

CHARLES WEISENSEE, Respondent, v. DOROTHY D. TURKUS, Appellant. WILLIAM J. KINSELLA Co., INC., Third Party-Respondent.— Action to recover damages for personal injuries suffered by plaintiff as the result of a fall in a store conducted by him in a building owned by appellant. Order denying appellant's motion to implead a third party as a defendant, pursuant to subdivision 2 of section 193 of the Civil Practice Act, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ., concur.

## (January 21, 1946.)

MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated June 29, 1918, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants;

TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants. MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated December 31, 1928, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants. Motion (No. 55) for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 998.]

MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated June 29, 1918, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants. MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust Dated December 31, 1928, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants.— Motions (Nos. 56, 57) for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 998.]

MORRIS FEINSTEIN et al., Appellants, v. ARTHUR A. KAYE et al., Individually and as Copartners Doing Business under the Name of MONROE, BYRNE & KAYE, et al., Respondents. LILLIAN FEINSTEIN et al., Appellants, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 1.) MORRIS FEINSTEIN, Appellant, v. BROOKLYN EDISON COMPANY, INC., Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1044.]

MADELINE GALLAGHER et al., Respondents, v. CITY OF NEW YORK, Appellant-Respondent, and LONG ISLAND RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1052.]

In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Real Property Within the Area Bounded Generally by Rockaway Avenue, Stone Avenue, Dumont Avenue and Sutter Avenue, in the Borough of Brooklyn (Brownsville Houses). SOUTHLAND BEVERAGE Co., INC., Appellant; CITY OF NEW YORK et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1054.]

In the Matter of P. WALKER MORRISON et al., as Trustees, Respondents, against BRIGHTON OPERATING CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 1045.]

MARVIN JESSIE, Appellant, v. KELLY-MUTUAL CREDIT CLOTHING Co., INC., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston and Adel, JJ.; Lewis, P. J., not voting. [See 269 App. Div. 1061.] [See post, p. 811.]

ELISE S. LEE, Appellant, v. FORRESTER A. CLARK et al., Trading under the Name of H. C. WAINWRIGHT Co., Defendants, and J. DUDLEY CLARK, JR.,